# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JULIA JACKSON

VERSUS

CATFISH QUEEN PARTNERSHIP IN
COMMENDAM D/B/A BELLE OF
BATON ROUGE AND/OR TROPICANA
ENTERTAINMENT, INC., D/B/A
BELLE OF BATON ROUGE AND/OR
NEW TROPICANA OPCO, INC.,
D/B/A BELLE OF BATON ROUGE
AND/OR NEW TROPICANA
HOLDINGS, INC., D/B/A BELLE
OF BATON ROUGE AND ABC
INSURANCE COMPANY

NO.  2022 CW 1020

**DECEMBER 1, 2022**

---

In Re:   Catfish Queen Partnership in Commendam, applying for
         supervisory writs, 19th Judicial District Court,
         Parish of East Baton Rouge, No. 653020.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

**WRIT DENIED ON THE SHOWING MADE.**

**VGW**
**JMG**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

*a.s~*

---
DEPUTY CLERK OF COURT
    FOR THE COURT